### JOE TAGGART et al. v. STATE.

No. A-3203. Opinion Filed April 5, 1919.

(179 Pac. 622.)

Appeal from County Court, Oklahoma County;

William H. Zwick, Judge.

Joe Taggart and Dick Taggart were each convicted of the crime of unlawfully conveying intoxicating liquors, and each sentenced to pay a fine of $250 and to serve 90 days in the county jail, and both appeal, Judgment affirmed as to each.

PER CURIAM. This appeal has been pending in this court since November 23, 1917. No brief has been filed in behalf of plaintiffs in

error, nor was an appearance made to orally argue the cause when the same was set for submission.

The court has examined the record, and finds the proceedings regular in every respect. The evidence conclusively sustains the conviction; and, as no defense was interposed in the trial court, apparently this appeal was taken merely for the purpose of delay.

The judgment of conviction as to each defendant is affirmed.